# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SOPHIA HERNANDEZ,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 21-2232-KHV-GEB ) |
| **GARDEN CITY COMMUNITY COLLEGE, et al.,** | ) ) ) ) |
| **Defendants.** | ) ) ) |

## ORDER

This matter is before the Court on Defendants Garden City Community College, Ryan Ruda, Merilyn Douglass, Blake Wasinger, Teri Worf, Steve Martinez, and Jeff Crist's Motion for Leave to Amend their Answer. (**ECF No. 33.**) The motion was filed February 18, 2022, making Plaintiff's response deadline March 4, 2022. No response was filed, and the Court may grant the motion as uncontested without further notice pursuant to D. Kan. Rule 7.4(b).

Additionally, in its discretion, the Court finds the balance of factors weigh in favor of amendment as analyzed under Fed. R. Civ. P. 15(a)(2), and justice requires amendment.[1]

---

[1] The court considers a number of factors in deciding whether to allow an amendment, including timeliness, prejudice to the other party, bad faith, and futility of amendment. *Minter v. Prime Equip. Co*., 451 F.3d 1196, 1204 (10th Cir. 2006) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)); *see also Monge v. St. Francis Health Ctr., Inc*., No. 12–2269–EFM-JPO, 2013 WL 328957, at *2 (D. Kan. Jan. 10, 2013), *report and recommendation adopted*, 2013 WL 328986 (D. Kan. Jan. 29, 2013). Rule 15(a)(2) provides leave "shall be freely given when justice so requires," and the decision to allow an amendment is within the sound discretion of the court. *See J. Vangel Elec., Inc. v. Sugar Creek Packing Co.*, No. 11–2112–EFM, 2012 WL 5995283, at *2 (D. Kan. Nov. 30, 2012) (citing *Panis v. Mission Hills Bank*, 60 F.3d 1486, 1494 (10th Cir. 1995)).

2

**IT IS THEREFORE ORDERED** that Defendants' Motion for Leave to Amend their Answer (**ECF No. 33**) is **GRANTED**. Defendants shall file their First Amended Answer no later than **March 21, 2022**.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 7th day of March, 2022.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge
