IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SOPHIA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN CITY COMMUNITY COLLEGE, RYAN RUDA, MERILYN DOUGLASS, BLAKE WASINGER, TERI WORF, STEVE MARTINEZ, AND JEFF CRIST,<br><br>Defendants | Case No. 2:21-cv-02232-KHV-GEB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate that all claims asserted in this lawsuit are hereby dismissed with prejudice and that the parties shall bear their own fees and costs.

| | |
|---|---|
| /s/ Jean Lamfers (w/permission) | /s/ Jeremy K. Schrag |
| Jean Lamfers, KS #12707 | Jeremy K. Schrag, KS #24164 |
| LAMFERS & ASSOCIATES, L.C. | Karly D. Weigel, KS #27670 |
| Sarah A. Brown, KS #12130 | Haley A. Phillips, KS #28135 |
| BROWN & CURRY, LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 1600 Genessee Street, Suite 956 | 1605 N. Waterfront Parkway, Suite 150 |
| Kansas City, MO 64102 | Wichita, KS 67206 |
| Telephone: 913-962-8200 | Telephone: 316-609-7900 |
| jl@lamferslaw.com | jeremy.schrag@lewisbrisbois.com |
| Telephone: 816-756-5458 | karly.weigel@lewisbrisbois.com |
| sarah@brownandcurry.com | haley.phillips@lewisbrisbois.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, the above and foregoing Stipulation of Dismissal with Prejudice was filed using the court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag

4892-1825-1566.1